JACKSON LEWIS SCHNITLZER & KRUPMAN
60 Washington Street
Morristown, New Jersey 07960
(973) 538-6890
John M. Nolan (JN 9794)
Carla D. Macaluso (CM 4213)
ATTORNEYS FOR DEFENDANT

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHRISTINE HAWK,<br><br>                Plaintiff,<br><br>v.<br><br>AMERICOLD LOGISTICS,<br><br>                Defendant. | Civil Action No.: 02-3528<br><br>**AFFIDAVIT OF DAVID B. LICHTENBERG IN SUPPORT OF DEFENDANT'S MOTION FOR *PRO HAC VICE* ADMISSION** |

STATE OF NEW JERSEY   :
                              : ss.
COUNTY OF MORRIS     :

I, David B. Lichtenberg, being duly sworn, deposes and says:

1.     I am an associate of the law firm of Jackson Lewis Schnitzler & Krupman, attorneys for Defendant Americold Logistics, LLC ("Defendant") in the above-captioned case. I am admitted to practice before this Court. Being duly admitted, I submit this affidavit in support of Defendant's motion for an order permitting John M. Nolan and Carla D. Macaluso to appear *pro hac vice* in this case.

2.     John M. Nolan is a member of the law firm of Jackson Lewis Schnitzler & Krupman which serves as labor and employment counsel to Defendant.

3. Carla D. Macaluso is an associate of the law firm of Jackson Lewis Schnitzler & Krupman which serves as labor and employment counsel to Defendant.

4. John M. Nolan and Carla D. Macaluso are the attorneys of the firm with primary responsibility for the representation of Defendant. This matter is related to Jackson Lewis Schnitzler & Krupman's representation of the Defendant as labor and employment law counsel.

5. Therefore, I respectfully request that this Court admit John M. Nolan and Carla D. Macaluso of Jackson Lewis Schnitzler & Krupman, *pro hac vice*, and permit them to appear and participate in the above-captioned case for all purposes.

6. I believe Mr. Nolan to be of good character and know of no reason why this Court should not grant this motion.

7. I believe Ms. Macaulso to be of good character and know of no reason why this Court should not grant this motion.

8. In accordance with Local Civil Rule 83.5.2(a) of this Court, all pleadings, motions, notices, and other papers can be served upon me, conformably to the Federal Rules of Civil Procedure and the rules of this Court.

       I declare under penalty of perjury that the foregoing statements made by me are true.

                                                  _____
                                                  David B. Lichtenberg (PA I.D. #80703)

Sworn to before me this \_\_\_\_
day of June, 2002

_____
Notary Public

43336 PLEADING 011-AFF.DBL.DOC