JACKSON LEWIS SCHNITLZER & KRUPMAN
60 Washington Street
Morristown, New Jersey 07960
(973) 538-6890
John M. Nolan (JN 9794)
Carla D. Macaluso (CM 4213)
ATTORNEYS FOR DEFENDANT

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHRISTINE HAWK, | : |
|    Plaintiff, | : |
| v. | : Civil Action No.: 02-3528 |
| AMERICOLD LOGISTICS, | : **AFFIDAVIT OF CARLA D. MACALUSO** |
|    Defendant. | : |

STATE OF NEW JERSEY   :
                      : ss.
COUNTY OF MORRIS      :

I, Carla D. Macaluso, being duly sworn, deposes and says:

1. I am an attorney at law and have been a member of good standing of the Bar of the State of New Jersey since December 1996 and the Bar of the State of New York since January 1997. I am admitted to practice before all courts of the State of New Jersey and the United States District Court for the District of New Jersey. I have never been the subject of any disciplinary proceeding as a member of the Bar in any jurisdiction.

2. I am an associate of the firm Jackson Lewis Schnitzler & Krupman, with offices at 60 Washington Street, Morristown, NJ 07960-6844.

3. This affidavit, which is submitted pursuant to Local Civil Rule 83.5.2(b), requests permission for me to participate *pro hac vice* as co-counsel for Defendant Americold Logistics, LLC ("Defendant") in this action.

4. This complaint involves issues of employment law. I have been practicing exclusively in the field of employment law since June 1997 and am familiar with the factual and legal issues raised in the complaint.

5. Counsel of record for Defendant is David B. Lichtenberg, who is admitted to practice in this Court. Mr. Lichtenberg's office is located at 60 Washington Street, Morristown, New Jersey 07960.

6. With respect to matters arising in connection with the above-captioned matter, I subject and submit myself to the full disciplinary powers of this Court to the same extent as if I were fully admitted to practice in this Court and the Commonwealth of Pennsylvania.

7. I will strictly observe the rules of this Court and will be available for all hearings, motions, pre-trial conferences and trial dates.

8. Accordingly, it is respectfully prayed that this Court grant an order admitting Carla D. Macaluso of the firm of Jackson Lewis Schnitzler & Krupman *pro hac vice* as counsel for Defendant for all purposes of this action.

I declare under penalty of perjury that the foregoing statements made by me are true.

_____
Carla D. Macaluso

Sworn to before me this \_\_\_
day of June, 2002

_____
Notary Public

43336 PLEADING 012-AFF.CDM.DOC