JACKSON LEWIS SCHNITLZER & KRUPMAN
60 Washington Street
Morristown, New Jersey 07960
(973) 538-6890
John M. Nolan (JN 9794)
Carla D. Macaluso (CM 4213)
ATTORNEYS FOR DEFENDANT

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHRISTINE HAWK, <br><br> Plaintiff, <br><br> v. <br><br> AMERICOLD LOGISTICS, <br><br> Defendant. | Civil Action No.: 02-3528 <br><br> **CERTIFICATE OF SERVICE** |

  I certify that true and correct copies of Defendant Americold Logistics, LLC's notice of motion for admission *pro hac vice*, affidavit of John M. Nolan, affidavit of Carla D. Macaluso, affidavit of David B. Lichtenberg, proposed form of order, and this certificate of service, were served upon Donald P. Russo, Esq., counsel for the Plaintiff, by mailing said documents via overnight mail to his office located at 60 West Broad Street, Suite 300, Bethlehem, PA 18016-1890 on this 5th day of June, 2002.

                    _____
                    Shannon Keane

43336 PLEADING 014-CERTS.DOC