JACKSON LEWIS SCHNITLZER & KRUPMAN
60 Washington Street
Morristown, New Jersey 07960
(973) 538-6890
John M. Nolan (JN 9794)
Carla D. Macaluso (CM 4213)
ATTORNEYS FOR DEFENDANT

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHRISTINE HAWK,<br><br>                 Plaintiff,<br><br>v.<br><br>AMERICOLD LOGISTICS,<br><br>                 Defendant. | Civil Action No.: 02-3528<br><br>**ORDER FOR ADMISSION *PRO HAC VICE*** |

**THIS MATTER**, being presented to the Court on the Motion of David B. Lichtenberg, an associate with the firm of Jackson Lewis Schnitzler & Krupman, and attorney of record in the above-captioned case for Defendant Americold Logistics, LLC, ("Defendant"), for an Order permitting the participation of John M. Nolan, a member of the firm of Jackson Lewis Schnitzler & Krupman, *pro hac vice*, and Carla D. Macaluso, an associate of the firm of Jackson Lewis Schnitzler & Krupman, *pro hac vice* as co-counsel in the above-captioned case, and the Court having read and considered the Affidavits of John M. Nolan, Carla D. Macaluso, and David B. Lichtenberg, and for good cause shown,

**IT IS** this _____ day of June 2002,

**ORDERED** that John M. Nolan and Carla D. Macaluso be and hereby are permitted to appear and participate, *pro hac vice,* as co-counsel in the above-captioned case for all purposes on behalf of Defendant, Americold Logistics, LLC, with David B. Lichtenberg as counsel of record for Defendant.

                                                                _____
                                                                    Berle M. Shiller, U.S.D.J.

43336 PLEADING 010-ORD.DOC