IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTINE HAWK                           :        CIVIL ACTION
                                         :
     vs.                                 :
                                         :        NO. 02-CV-3528
AMERICOLD LOGISTICS

O R D E R

**AND NOW, TO WIT:** This 11th day of March, 2003, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:_____
            Patricia A. Callahan
            Deputy Clerk to
            Hon. Berle M. Schiller

Civ 2 (7/95)
41(b).frm