IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTINE HAWK,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **AMERICOLD LOGISTICS, LLC,** | : | No. 02-3528 |
| Defendant. | : | |

## ORDER

**AND NOW**, this      day of **March, 2003**, following settlement of this case by the parties and termination of the action by the Clerk of the Court, it is hereby ordered that:

1. Defendant's Motion *in Limine* to Exclude All Evidence Regarding Plaintiff's Claims for Back and Front Pay (document no. 20) is **DENIED AS MOOT**.

2. Defendant's Motion *in Limine* to Exclude All Evidence Regarding Plaintiff's Claim of Emotional Distress (document no. 21) is **DENIED AS MOOT**.

3. Defendant's Motion *in Limine* to Preclude All Requests by Plaintiff at Trial for Punitive Damages (document no. 22) is **DENIED AS MOOT**.

BY THE COURT:

_____
**Berle M. Schiller, J.**